Argued and submitted January 4, appeal dismissed March 20, 1985

McFALL et ux,
*Appellants,*

*v.*

RODERICK et al,
*Respondents.*

(16-80-04806; CA A32604)

697 P2d 569

Ray Fechtel, Eugene, argued the cause and filed the briefs for appellants.

Russell D. Bevans, Eugene, argued the cause and filed the brief for respondents.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Plaintiffs brought this action for trespass and to quiet title to certain real property against three defendants, Chad and Roma Roderick and Diane Erdman. Plaintiffs appeal from a default judgment entered in favor of the Rodericks. The judgment does not adjudicate the rights and liabilities of defendant Erdman, and neither the order of default, the order granting the Rodericks' "Motion For Entry of Judgment After Default" nor the judgment itself contain an express determination that there is no just reason for delay or an express direction for the entry of judgment as required by ORCP 67B. The judgment is not appealable. *Hale v. County of Multnomah,* 298 Or 141, 689 P2d 1290 (1984); *May v. Josephine Memorial Hospital,* 297 Or 525, 686 P2d 1015 (1984).

Appeal dismissed.